United States Courts
Southern District of Texas
FILED
April 25, 2024
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. **4:24-cr-00216** |
| § | |
| ERIC MARTINEZ § | |
| Defendant § | |

# I N D I C T M E N T

**THE GRAND JURY CHARGES:**

### INTRODUCTION

At all times material to this Indictment, MOBILE, is an Irving, Texas, based company engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

### COUNT ONE

Title 18, United States Code, § 1951(a):   Interference with Commerce by Robbery

On or about December 27, 2023, in the Houston Division of the Southern District of Texas,

ERIC MARTINEZ

defendant herein, did knowingly and intentionally attempt to obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1)

and (b)(3), in that the defendant did unlawfully attempt to take and obtain the property of MOBILE gas station located at 444 FM 1960 Rd W, Houston, Texas, which was in the possession and custody of MOBILE gas station namely, United States Currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a).

## COUNT TWO

### Title 18, United States Code, § 924(c)(1)(A)(iii): Discharging of a Firearm During and in Commission of a Crime of Violence

On or about December 27, 2023, in the Houston Division of the Southern District of Texas,

### ERIC MARTINEZ

defendant herein, did knowingly discharge a firearm, namely, a handgun, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, § 924(c)(1)(A)(iii).

**NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE**

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that upon conviction of Brandishing of a Firearm During a Crime of Violence, as charged in Counts I and II, all firearms and ammunition involved in or used in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii), are subject to forfeiture.

1. Ruger Security 9mm handgun Serial # 384-42845

2. Any and all accompanying ammunition and magazines

A TRUE BILL

*Original Signature on File*
GRAND JURY FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*Jill Jenkins Stotts*
_____
Jill Jenkins Stotts
ASSISTANT UNITED STATES ATTORNEY